UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LATANYA JOHNSON | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, SCHNEIDER NATIONAL CARRIERS, INC. AND BRENT LOUIS | * * * | MAGISTRATE **JURY TRIAL** |

* * * * * * * * * * * * * * *

## PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, come defendants, Louis Brent, Schneider National Carriers, Inc., and Old Republic Insurance Company (improperly named as Old Republic General Insurance Corporation), who allege and aver, as follows:

1.

The above entitled case has been filed in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, Civil Docket Number C-78618, Div. "B", and is now pending therein. The original *Petition for Damages* was filed on or about September 22, 2022.

2.

Citation and a copy of the original *Petition for Damages* was served on Schneider National Carriers, Inc. on or about October 17, 2022.

3.

Citation and a copy of the original *Petition for Damages* was served on Old Republic Insurance Company on or about October 17, 2022.

4.

Citation and a copy of the original *Petition for Damages* was served on Louis Brent on or about December 19, 2022.

5.

The aforementioned suit is a civil action filed by plaintiff, Latanya Johnson.

6.

Plaintiff, Latanya Johnson, seeks an award of damages against Defendants for injuries and damages arising out of an accident that occurred on or about October 7, 2021 in the Parish of St. John the Baptist, State of Louisiana.  **Exhibit "A"**.

7.

Plaintiff, Latanya Johnson, is, upon information and belief, a resident of and domiciled in the State of Louisiana.

8.

Defendant, Schneider National Carriers, Inc., is a foreign corporation with its place of incorporation in the State of Nevada and its principal place of business in the State of Wisconsin.

9.

Defendant, Louis Brent, is a person of the age of majority and resident and domiciled in the State of Alabama.

10.

Defendant, Old Republic Insurance Company, is a foreign insurance company with both its place of incorporation and its principal place of business in the State of Pennsylvania.

11.

Defendants allege that this Honorable Court has original jurisdiction over the entitled and numbered cause pursuant to Article III of the United States Constitution and 28 U.S.C. §1332, and that Plaintiff is diverse from all Defendants named in the *Petition for Damages* and, upon information and belief, that the alleged damages of Plaintiff exceeds $75,000.00, exclusive of

interest and costs.

12.

Plaintiff's *Petition for Damages* alleges that defendant, Louis Brent, negligently struck a cooking trailer occupied by Latanya Johnson causing Ms. Johnson to suffer "personal and bodily injuries, mental anguish, inconvenience, and sustained medical bills".  **Exhibit "A"**.

13.

Louisiana Code of Civil Procedure Article 893 specifically prohibits the pleading of the amount of monetary damages sought. Plaintiff's *Petition for Damages* does not comply with the Louisiana Code of Civil Procedure in that it does not contain a general allegation that the claims are more or less than the requisite amount for federal court diversity jurisdiction, as is specifically required by La.C.C.P. art. 893(A)(1).

14.

On or about January 26, 2023, Plaintiff responded to Interrogatories, Request for Production of Documents, and Request for Admission propounded by Defendants.  **Exhibit "B"**. More specifically, Plaintiff was asked to admit that her damages and/or the amount in controversy did not exceed $75,000.  She denied that statement.  *Id*. She also identified that she has incurred at least $55,559.38 in medical bills to date. *Id*. She also produced medical records in association with her discovery responses showing that she has undergone chiropractic treatment, a cervical facet injection, a left knee injection, and a left knee arthroscopy with partial medial meniscectomy, chondroplasty medial tibial plateau and partial synovectomy allegedly as a result of the accident at issue.

15.

It reasonably appears that the alleged injuries and damages claimed by plaintiff, Latanya

Johnson, as alleged, exceed the sum of $75,000, exclusive of interest and costs. Louisiana courts have held that in cases with similar types of injuries alleged by Plaintiff, Latanya Johnson, the damages may exceed $75,000. *Ben v. Baldwin & Lyons, Inc.*, 241 So.3d 411 (La.App. 3 Cir. 3/7/18) ($195,000 in general damages for a knee surgery for a subluxating patella and torn meniscus almost four years after an auto accident); *Younce v. Pacific Gulf Marine, Inc.*, 817 So.2d 255 (La.App. 5 Cir. 4/10/02) ($68,000 in general damages to a plaintiff that suffered a knee injury requiring an arthroscopy that revealed a large contusion, a partial tear of the medial meniscus, and chondromalachia); *Moody v. Cummings*, 37 So.3d 1054 (La.App. 4 Cir. 4/14/2010) ($60,000 in general damages to a plaintiff with a partial tear of the medial collateral ligament and a chondromalacia patella prompting a recommendation for an arthroscopic surgery to shave the patella and perform a lateral release). The jurisprudence is replete with awards that far exceed $75,000 for damages such as those claimed by Plaintiff, Latanya Johnson, in this case.

15.

Defendants are therefore entitled to remove this entire case to this Honorable Court for disposition pursuant to the removal provisions of 28 U.S.C. §1441 *et seq.*, as amended.

16.

The time in which Defendants herein may file a *Petition for Removal* in order to properly remove this case has not yet expired. This *Petition for Removal* is filed within thirty days of receipt of Plaintiff's discovery responses dated January 26, 2023, which was the first instance since the inception of the lawsuit in which Defendants were provided sufficient written justification that the amount in controversy for a claim exceeds the jurisdictional minimum. **Exhibit "B"**.

17.

Defendants file herewith a copy of all process, pleadings, and orders served upon them in this action, *in globo*, as **Exhibit "B"**.

18.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate *Notice of Removal* to plaintiff, Latanya Johnson, and to the Clerk of Court for the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, by filing of the *Notice of Removal* into the record of the state court action.

## **JURY DEMAND**

19.

Defendants, Louis Brent, Schneider National Carriers, Inc., and Old Republic Insurance Company, are entitled to and request a trial by jury on all issues herein.

**WHEREFORE**, defendants, Louis Brent, Schneider National Carriers, Inc., and Old Republic Insurance Company, pray that the suit entitled, "*Latanya Johnson v. Old Republic Insurance Company, et al*," now pending in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, Civil Docket Number C-78618, Div. "B", be removed to this, the United States District Court for the Eastern District of Louisiana, and for trial by jury and all just and equitable relief as allowed by law.

Respectfully submitted,

PERRIER & LACOSTE, L.L.C.

*/s/ Michael W. Robertson*
_____

**GUY D. PERRIER (#20323)**
**MICHAEL W. ROBERTSON, ESQ. (#31943)**
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Telephone: (504) 212-8820
Direct: (504) 212-8832
Facsimile: (504) 212-7285
Email: mrobertson@perrierlacoste.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LATANYA JOHNSON | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| OLD REPUBLIC GENERAL INSURANCE CORPORATION, SCHNEIDER NATIONAL CARRIERS, INC. AND BRENT LOUIS | * * * | MAGISTRATE **JURY TRIAL** |

* * * * * * * * * * * * * * *

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was this day forwarded to:

Bobby G. Hawkins, Esq.
Irpino Avin & Hawkins Law Firm
2216 Magazine St.
New Orleans, LA 70130

either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, by hand delivery, by email transmission, or via facsimile transmission.

New Orleans, Louisiana, this **24th** day of **February, 2023**.

*/s/ Michael W. Robertson*
_____
**MICHAEL W. ROBERTSON**